FILED
Nov 20  2 27 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALBERT J. GRASSO, JEFFREY V. PURCELL AND PRESTIGE BUILDERS, LLC<br>    PLAINTIFFS, | :<br>:<br>:<br>:    CIVIL ACTION NO.:<br>:    3: 02CV455(MRK)<br>: |
| V. | : |
| CITY OF ANSONIA; INLAND WETLANDS COMMISSION OF THE CITY OF ANSONIA; AND JOHN IZZO, JR.<br>    DEFENDANTS. | :<br>:<br>:<br>:<br>:    NOVEMBER 17, 2003 |

## JOINT MOTION FOR ENLARGEMENT OF TIME FOR ENTRY OF NEW SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b) and Local Rule 9(b), the plaintiffs, Albert J. Grasso, Jeffrey V. Purcell and Prestige Builders, LLC and the defendants, City of Ansonia, Inland Wetlands Commission of the City of Ansonia and John Izzo, Jr., hereby request that the case management deadlines set forth in the Scheduling Order approved by the Court (Hall, J.) on March 27, 2003 be modified in accordance with the deadlines set forth below.

1. Plaintiffs to Designate Experts by **February 15, 2004**.

2. Damage Analysis due by **February 15, 2004**.

3. Fact Witness Depositions completed by **May 15, 2004**.

1

4. Depositions of Plaintiffs' Experts completed by **April 15, 2004.**

5. Defendants to Designate Experts by **June 15, 2004.**

6. All Discovery including depositions of defendants' expert witnesses will be completed by **August 15, 2004.**

7. All disclosures due by **August 15, 2004.**

8. Joint Trial Memorandum filed by **November 15, 2004**, if no dispositive motion filed, or 30 days after the Court's ruling on any dispositive motion.

9. Dispositive Motions filed by **October 15, 2004.**

10. Trial Ready by **November 30, 2004.**

In addition, plaintiffs shall provide their initial disclosures and comply with defendants' **July 10, 2003** discovery requests by **December 15, 2003.**

The previous deadlines set by the Court have passed, due to the granting of several motions for stay due to the liquidation of the defendants' insurer and while the defendants' most

recent motion for stay was pending before this Court. No discovery other than the defendants' service of written discovery upon the plaintiffs has occurred to date for the same reasons.

                THE PLAINTIFFS – ALBERT J. GRASSO, JEFFREY V. PURCELL AND PRESTIGE BUILDERS, LLC

                BY _____
                Thomas W. Bucci, for
                WILLINGER, WILLINGER & BUCCI, P.C.
                855 Main Street
                Bridgeport, CT 06604
                Tel: (203) 366-3939
                Fax: (203) 337-4588
                Fed. Bar #ct07805
                tbucci@wwblaw.com

                THE DEFENDANTS - CITY OF ANSONIA, INLAND WETLANDS COMMISSION OF THE CITY OF ANSONIA AND JOHN IZZO, JR.

                BY _____
                Melinda A. Powell, for
                HOWD & LUDORF
                65 Wethersfield Avenue
                Hartford, CT 06114-1190
                Tel: (860) 249-1361
                Fax: (860) 249-7665
                Fed. Bar # ct17049
                mpowell@hl-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this _19th_ day of _November_, 2003.

Thomas W. Bucci, Esquire
Ann Marie Willinger, Esquire
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604

Kevin M. Blake, Esquire
Shepro & Blake
2051 Main Street
Stratford, CT 06615

Ronald Bozelko, Esquire
The Bozelko Law Firm
653 Orange Center Road
PO Box 726
Orange, CT 06477-0726

_/s/ Melinda A. Powell_
Melinda A. Powell
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
Fax: (860) 249-7665
Fed. Bar # ct17049
mpowell@hl-law.com

4