UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALBERT J. GRASSO;<br>JEFFREY V. PURCELL; and<br>PRESTIGE BUILDERS, LLC | :<br>:<br>:   NO.: 3:02CV455 (MRK)<br>: |
| v. | : |
| CITY OF ANSONIA; INLAND WETLANDS<br>COMMISSION OF THE CITY OF<br>ANSONIA; and JOHN IZZO, JR. | :<br>:<br>:   APRIL 6, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 33(b), the defendants, **City of Ansonia, Inland Wetlands Commission of the City of Ansonia and John Izzo, Jr.**, hereby move the Court for an enlargement of time of thirty (30) days, up to and including *May 23, 2004,* in which to answer, object or otherwise respond to plaintiffs' interrogatories and request for production dated March 24, 2004. The requested additional time will be necessary to coordinate the information required to prepare an appropriate response.

The undersigned's office has contacted Attorney Willinger, counsel for the plaintiffs, and has been advised that the plaintiffs have no objection to the granting of this motion. The defendants have not sought any prior enlargements of time to respond to this discovery request.

ORAL ARGUMENT IS NOT REQUESTED

WHEREFORE, the defendants request that their Motion for Enlargement of Time up to and including *May 23, 2004*, be granted.

DEFENDANTS,
CITY OF ANSONIA; INLAND WETLANDS
COMMISSION OF THE CITY OF
ANSONIA; and JOHN IZZO, JR.


By_____
   Melinda A. Powell
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (fax)
   E-mail:  mpowell@hl-law.com
   ct17049

## **CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 6th day of April, 2004.

Ann Marie Willinger, Esquire
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604

Kevin M. Blake
Shepro & Blake
2051 Main Street
Stratford, CT 06615

                                            _____
                                            Melinda A. Powell