UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALBERT J. GRASSO;<br>JEFFREY V. PURCELL; and<br>PRESTIGE BUILDERS, LCC,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ANSONIA; INLAND WETLANDS,<br>COMMISSION OF THE CITY OF ANSONIA<br>and JOHN IZZO, JR.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL NO.   3:02CV455 (MRK) |

## ORDER

Defendants' Motion For Enlargement Of Time [doc. #39], dated April 6, 2004, is hereby **GRANTED**. Defendants shall respond to plaintiffs' interrogatories and requests for production on or before **May 23, 2004**. All other deadlines remain unchanged.

IT IS SO ORDERED

/s/      Mark R. Kravitz
         U.S.D.J.

Dated at New Haven, Connecticut: April 16, 2004.