UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALBERT J. GRASSO, JEFFREY V. PURCELL : | |
| AND PRESTIGE BUILDERS, LLC : | |
|     PLAINTIFFS, : | |
| : | CIVIL ACTION NO.: |
| : | 3: 02CV455(MRK) |
| : | |
| V. : | |
| : | |
| CITY OF ANSONIA; INLAND : | |
| WETLANDS COMMISSION OF THE : | |
| CITY OF ANSONIA; : | |
| JOHN IZZO, JR. : | |
|     DEFENDANTS. : | AUGUST 2, 2004 |

## JOINT MOTION FOR REFERRAL TO MAGISTRATE JUDGE OR IN THE ALTERNATIVE TO THE SPECIAL MASTERS PROGRAM FOR SCHEDULING OF A SETTLEMENT CONFERENCE

The plaintiffs and the defendants jointly request the court refer this case to a Magistrate Judge or, in the alternative, to the Special Masters Program for the purpose of conducting a settlement conference. Plaintiffs' counsel represents that defendants' counsel, Melinda A. Powell, has authorized him to submit this request in the form of a joint motion.

    THE PLAINTIFFS

    BY:_____
        Thomas W. Bucci
        WILLINGER, WILLINGER & BUCCI, P.C.
        855 Main Street
        Bridgeport, CT  06604
        Tel: (203) 366-3939
        Fax: (203)337-4588
        Fed Bar # ct07805
        E-mail tbucci@wwblaw.com

## **CERTIFICATION**

THIS IS TO CERTIFY that on the 2nd day of August, 2004, a copy of the foregoing **MOTION FOR REFERRAL** was sent via U.S.P.S. to the following:

Melinda A. Powell, Esquire
Thomas R. Gerarde, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114

Kevin M. Blake, Esquire
Shepro & Blake
2051 Main Street
Stratford, CT  06615

_____
Thomas W. Bucci
WILLINGER, WILLINGER & BUCCI, P.C.