**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ALBERT J. GRASSO, JEFFREY V. PURCELL | : | |
| AND PRESTIGE BUILDERS, LLC | : | |
| PLAINTIFFS, | : | |
| | : | CIVIL ACTION NO.: |
| | : | 3: 02CV455(MRK) |
| | : | |
| V. | : | |
| | : | |
| CITY OF ANSONIA; INLAND | : | |
| WETLANDS COMMISSION OF THE | : | |
| CITY OF ANSONIA; | : | |
| JOHN IZZO, JR. | : | |
| DEFENDANTS. | : | AUGUST 2, 2004 |

## MOTION FOR PROTECTIVE ORDER

Pursuant to the provisions of Rule 26(c) of the Federal Rules of Civil Procedure, the plaintiffs move for a protective order to prohibit the defendants from requiring Jeffrey V. Purcell to produce at his deposition copies of his federal and state income tax returns.  Further, the plaintiffs request a protective order restricting the defendants from inquiring into the earnings and expenses of Jeffrey V. Purcell on any construction project other than the construction project which is at the heart of this dispute.

The plaintiffs' counsel has conferred with defendant's counsel, Melinda A. Powell, Esquire, in an effort to resolve this dispute without court intervention. However, despite the good faith efforts of both counsel, the dispute has not been settled.

THE PLAINTIFFS

BY:_____
Thomas W. Bucci
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT 06604
Tel: (203) 366-3939
Fax: (203)337-4588
Fed Bar # ct07805
E-mail tbucci@wwblaw.com

## <u>CERTIFICATION</u>

THIS IS TO CERTIFY that on the 2nd day of August, 2004, a copy of the foregoing **MOTION FOR PROTECTIVE ORDER** was sent via and U.S.P.S. to the following:


Melinda A. Powell, Esquire
Thomas R. Gerarde, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114

Kevin M. Blake, Esquire
Shepro & Blake
2051 Main Street
Stratford, CT  06615


_____
Thomas W. Bucci
WILLINGER, WILLINGER & BUCCI, P.C.