UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALBERT J. GRASSO;<br>JEFFREY V. PURCELL; and<br>PRESTIGE BUILDERS, LCC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CITY OF ANSONIA; INLAND WETLANDS,<br>COMMISSION OF THE CITY OF ANSONIA<br>and JOHN IZZO, JR.,<br><br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:　　CIVIL NO.　　3:02CV455 (MRK)<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

The Joint Motion For Referral To Magistrate Judge Or In The Alternative To The Special Masters Program For Scheduling Of A Settlement Conference [doc. # 41], dated August 2, 2004, is GRANTED to the following extent. This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

\_\_\_　　All purposes except trial, unless the parties consent to trial before the magistrate judge

\_\_\_　　A ruling on all pretrial motions except dispositive motions

\_\_\_　　To supervise discovery and resolve discovery disputes

\_\_\_　　A ruling on the following motions which are currently pending: Doc. #
　　　　_____
　　　　_____

_X_　　A settlement conference

\_\_\_　　A conference to discuss the following:
　　　　_____
　　　　_____

\_\_\_　　Other:_____
　　　　_____

SO ORDERED this 6th day of August, 2004 at New Haven, Connecticut.

                /s/      Mark R. Kravitz
                United States District Judge