**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ALBERT J. GRASSO, JEFFREY V. PURCELL AND PRESTIGE BUILDERS, LLC
PLAINTIFFS,

CIVIL ACTION NO.: 3: 02CV455(MRK)

V.

CITY OF ANSONIA; INLAND WETLANDS COMMISSION OF THE CITY OF ANSONIA; AND JOHN IZZO, JR.
DEFENDANTS.

AUGUST 18, 2004

FILED
AUG 19 10 50 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

**JOINT STATUS REPORT**

I. STATUS OF CASE

Discovery has been completed as of August 15, 2004. Dispositive motions, if any, are to be filed by October 15, 2004. Pending before the court are the plaintiff's motions for protective order regarding the depositions of the plaintiff, Albert J. Grasso and the plaintiff, Jeffrey V. Purcell.

II. INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES

On the joint motion of the plaintiff and the defendants, this case has been referred to the Honorable William I. Garfinkel for a settlement conference scheduled for November 9, 2004. The parties will discuss settlement among themselves in the interim.

III. CONSENT OF THE PARTIES TO TRIAL BEFORE A MAGISTRATE JUDGE

The parties do not consent to trial before a Magistrate Judge.

IV. ESTIMATED LENGTH OF TRIAL

The parties estimate that trial of this matter will take ten (10) days.

THE PLAINTIFFS – ALBERT J. GRASSO, JEFFREY V. PURCELL AND PRESTIGE BUILDERS, LLC

BY
Thomas W. Bucci, for
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT 06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Fed. Bar #ct07805
tbucci@wwblaw.com

THE DEFENDANTS - CITY OF ANSONIA, INLAND WETLANDS COMMISSION OF THE CITY OF ANSONIA AND JOHN IZZO, JR.

BY Melinda A. Powell (TWB)
Melinda A. Powell, for
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT 06114-1190
Tel: (860) 249-1361
Fax: (860) 249-7665
Fed. Bar # ct17049
mpowell@hl-law.com

**CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 18th day of August, 2004.

Kevin M. Blake, Esquire
Shepro & Blake
2051 Main Street
Stratford, CT 06615

Ronald Bozelko, Esquire
The Bozelko Law Firm
653 Orange Center Road
PO Box 726
Orange, CT 06477-0726

Melinda A. Powell
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
Fax: (860) 249-7665
Fed. Bar # ct17049
mpowell@hl-law.com

Thomas W. Bucci, Esquire
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604