UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALBERT J. GRASSO; | : | |
| JEFFREY V. PURCELL; and | : | |
| PRESTIGE BUILDERS, LLC | : | |
| | : | |
| Plaintiffs, | : | NO.3:02cv455 (MRK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CITY OF ANSONIA; INLAND WETLANDS | : | |
| COMMISSION OF THE CITY OF ANSONIA; | : | |
| and JOHN IZZO, JR. | : | |
| | : | |
| Defendants. | : | |

## MODIFIED SCHEDULING ORDER

The Court having conferred telephonically with the parties on August 26, 2004, the following modified schedule will apply:

1. Defendants will file any dispositive motions no later than **December 3, 2004**.

2. Plaintiffs will respond to any timely filed dispositive motion no later than **January 3, 2005**.

3. Defendants will file their reply brief no later than **January 14, 2005**.

**NO FURTHER EXTENSIONS OF THESE DEADLINES WILL BE GRANTED.**

IT IS SO ORDERED.

/s/     Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: September 2, 2004**.