**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ALBERT J. GRASSO, JEFFREY V. PURCELL AND PRESTIGE BUILDERS, LLC : : | |
| PLAINTIFFS, : | |
| : | CIVIL ACTION NO.: |
| : | 3: 02CV455(MRK) |
| : | |
| V. : | |
| : | |
| CITY OF ANSONIA; INLAND : | |
| WETLANDS COMMISSION OF THE : | |
| CITY OF ANSONIA; : | |
| JOHN IZZO, JR. : | |
| DEFENDANTS. : | APRIL 29, 2005 |

**MOTION FOR EXTENSION OF TIME TO FILE CLOSING PAPERS PURSUANT TO LOCAL RULE 41(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

The plaintiffs move for an extension of thirty days to June 3, 2005 to submit closing papers in this matter. The parties reported to the Court that the case had been settled, as a result of which the Court ordered closing papers filed on or before May 6, 2005. However, the approval of the settlement requires the consent of the defendant, Inland Wetlands Commission, and, as of the present date, the Inland Wetlands Commission has been unable to obtain a quorum so as to act on the settlement.

The plaintiffs' counsel has consulted with defendants' counsel and defendants' counsel does not object to the court's granting the motion for extending the time to file closing papers through June 3, 2005.

The plaintiffs have not filed a prior motion for extension of time within which to file closing papers.

                THE PLAINTIFFS

            BY:_____
                Thomas W. Bucci
                WILLINGER, WILLINGER & BUCCI, P.C.
                855 Main Street
                Bridgeport, CT  06604
                Tel: (203) 366-3939
                Fax: (203)337-4588
                Fed Bar # ct07805
                E-mail tbucci@wwblaw.com

## CERTIFICATION

THIS IS TO CERTIFY that on the 29th day of April, 2005, a copy of the foregoing **MOTION FOR EXTENSION OF TIME TO FILE CLOSING PAPERS** was sent via U.S.P.S. to the following:

Melinda A. Powell, Esquire
Thomas R. Gerarde, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114

Kevin M. Blake, Esquire
Shepro & Blake
2051 Main Street
Stratford, CT  06615

_____
Thomas W. Bucci
WILLINGER, WILLINGER & BUCCI, P.C.