FILED

2005 JUN -3 A  42

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALBERT J. GRASSO, JEFFREY V. PURCELL AND PRESTIGE BUILDERS, LLC<br>PLAINTIFFS, | :<br>:<br>: |
| | : CIVIL ACTION NO.:<br>: 3: 02CV455(MRK) |
| V. | : |
| CITY OF ANSONIA; INLAND WETLANDS COMMISSION OF THE CITY OF ANSONIA; JOHN IZZO, JR.<br>DEFENDANTS. | :<br>:<br>:<br>:<br>: JUNE 2, 2005 |

### MOTION FOR EXTENSION OF TIME TO FILE CLOSING PAPERS PURSUANT TO LOCAL RULE 41(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE

The plaintiffs move for an extension of time to June 30, 2005 to submit closing papers in this matter. The parties reported to the Court that the case had been settled, as a result of which the Court ordered closing papers filed on or before May 6, 2005, which thereafter was extended on motion of the plaintiff to June 3, 2005. The approval of the settlement required among other consents, the consent of the defendant, Inland Wetlands Commission. The defendant, Inland Wetlands Commission only approved the settlement on May 12, 2005. The plaintiffs need additional time in order to secure a copy of the Inland Wetlands Commission's permit which is

1

to be issued pursuant to the terms of the settlement agreement, and which, as of the present date, has not been prepared by the Inland Wetlands Commission. The plaintiffs' counsel has been informed by the secretary to the Inland Wetlands Commission that the permit will be prepared during the week of June 6, 2005.

The plaintiffs' counsel has not been able to consult with defendants' counsel since she will not be in her office the remainder of the week of May 29, 2005.

The plaintiffs have filed one prior motion for extension of time within which to file closing papers.

THE PLAINTIFFS

BY: _____
Thomas W. Bucci
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT 06604
Tel: (203) 366-3939
Fax: (203)337-4588
Fed Bar # ct07805
E-mail tbucci@wwblaw.com

**CERTIFICATION**

THIS IS TO CERTIFY that on the 2nd day of June, 2005, a copy of the foregoing **MOTION FOR EXTENSION OF TIME TO FILE CLOSING PAPERS** was sent via U.S.P.S. to the following:

Melinda A. Powell, Esquire
Thomas R. Gerarde, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114

Kevin M. Blake, Esquire
Shepro & Blake
2051 Main Street
Stratford, CT  06615

*[signature]*
Thomas W. Bucci
WILLINGER, WILLINGER & BUCCI, P.C.