UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALBERT J. GRASSO;<br>JEFFREY V. PURCELL; and<br>PRESTIGE BUILDERS, LCC,<br><br>     Plaintiffs,<br><br>v.<br><br>CITY OF ANSONIA; INLAND WETLANDS,<br>COMMISSION OF THE CITY OF ANSONIA<br>and JOHN IZZO, JR.,<br><br>     Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL NO.   3:02CV455 (MRK) |

## ORDER

Plaintiffs' Motion For Extension of Time to File Closing Papers Pursuant to Local Rule 41(b) of the Federal Rules of Civil Procedure [**doc. #56**], dated June 3, 2004, is hereby **GRANTED**. Plaintiffs' shall file their closing papers no later than **June 30, 2005**.

IT IS SO ORDERED

/s/      Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: June 3, 2005**.