**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ALBERT J. GRASSO, JEFFREY V. PURCELL : <br> AND PRESTIGE BUILDERS, LLC : <br>     PLAINTIFFS, : <br> : <br> :    CIVIL ACTION NO.: <br> :    3: 02CV455(MRK) <br> : <br> V. : <br> : <br> CITY OF ANSONIA; INLAND : <br> WETLANDS COMMISSION OF THE : <br> CITY OF ANSONIA; : <br> JOHN IZZO, JR. : <br>     DEFENDANTS. :    JUNE 30, 2005 | |

**MOTION FOR EXTENSION OF TIME TO FILE CLOSING PAPERS PURSUANT TO LOCAL RULE 41(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

The plaintiffs move for an extension of time to July 31, 2005 to submit closing papers in this matter. The parties reported to the Court that the case had been settled, as a result of which the Court ordered closing papers filed on or before May 6, 2005, which thereafter was extended on motion of the plaintiffs to June 3, 2005, and then to June 30, 2005. The plaintiffs have been informed by Zoning officials of the defendant, City of Ansonia, that the plan for 12 lots for which they will receive a permit from the defendant, Inland Wetlands Commission, will not satisfy current zoning requirements. The plaintiffs, therefore, must decide whether to proceed

1

with the settlement, knowing full well that the 12 lot permit is a pure fiction. The plaintiffs are exploring other possibilities to obtain the benefit of this settlement, which is a 12 lot subdivision. The plaintiffs need additional time in order to conclude their due diligence. The plaintiffs' counsel has not been able to consult with defendants' counsel to determine whether the defendants object or consent to the plaintiffs' motion for an extension of time..

    The plaintiffs have filed two prior motions for extension of time within which to file closing papers.

              THE PLAINTIFFS

               BY:_____
                   Thomas W. Bucci
                   WILLINGER, WILLINGER & BUCCI, P.C.
                   855 Main Street
                   Bridgeport, CT  06604
                   Tel: (203) 366-3939
                   Fax: (203)337-4588
                   Fed Bar # ct07805
                   E-mail tbucci@wwblaw.com

## CERTIFICATION

      THIS IS TO CERTIFY that on the 30th day of June, 2005, a copy of the foregoing **MOTION FOR EXTENSION OF TIME TO FILE CLOSING PAPERS** was sent via U.S.P.S. to the following:

Melinda A. Powell, Esquire
Thomas R. Gerarde, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114

Kevin M. Blake, Esquire
Shepro & Blake
2051 Main Street
Stratford, CT  06615

                                                                            _____
                                                                            Thomas W. Bucci
                                                                            WILLINGER, WILLINGER & BUCCI, P.C.