UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALBERT J. GRASSO, JEFFREY V. PURCELL AND PRESTIGE BUILDERS, LLC : PLAINTIFFS, : : : CIVIL ACTION NO.: : 3: 02CV455(MRK) V. : : CITY OF ANSONIA; INLAND WETLANDS COMMISSION OF THE CITY OF ANSONIA; JOHN IZZO, JR. : : : : DEFENDANTS. : JULY 5, 2005 | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES AND COSTS**

Pursuant to the Rule 41 of the Federal Rules of Civil Procedure, it is hereby STIPULATED AND AGREED, by and between the plaintiffs and the defendants hereto, that the above-captioned action be dismissed, with prejudice, and with no award of attorneys' fees or costs to either side, pursuant to the attached Order of Dismissal.

| THE PLAINTIFFS | THE DEFENDANTS |
|---|---|
| BY:_____ | BY:_____ |
| Thomas W. Bucci | Melinda A. Powell |
| Fed. Bar No. ct07805 | Fed. Bar # ct17049 |
| WILLINGER, WILLINGER & BUCCI, P.C. | HOWD & LUDORF |
| 855 Main Street | 65 Wethersfield Avenue |
| Bridgeport, CT  06604 | Hartford, CT  06114-1190 |
| Tel: (203) 366-3939 | Tel: (860) 249-1361 |
| Fax: (203) 337-4588 | Fax: (860) 249-7665 |
| Email: thomasbucci@earthlink.net | Email: mpowell@hl-law.com |

Dated: _____     Dated: _____