UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALBERT J. GRASSO, JEFFREY V. PURCELL AND PRESTIGE BUILDERS, LLC : <br> PLAINTIFFS, : <br> : <br> : <br> V. : <br> : <br> CITY OF ANSONIA; INLAND : <br> WETLANDS COMMISSION OF THE : <br> CITY OF ANSONIA; : <br> JOHN IZZO, JR. : <br> DEFENDANTS. : | CIVIL ACTION NO.: <br> 3: 02CV455(MRK) <br><br><br><br><br><br><br> JULY 5, 2005 |

## ORDER OF DISMISSAL

Pursuant to the agreement of the plaintiffs and the defendants, The United States District Court for the District of Connecticut shall maintain continuing jurisdiction over the terms of their Settlement Agreement, which terms are hereby incorporated herein as an operative part of the Order of Dismissal and the Order of Dismissal, with such terms incorporated therein, shall be a final, non-appealable order of the United States District Court for the District of Connecticut. The terms of the Settlement Agreement incorporated herein, include the following provisions:

    1.      The City, the Commission and John Izzo, Jr. agree to pay, through the Connecticut Insurance Guaranty Fund, to the Releasors, a total of $150,000.00 (One Hundred Fifty Thousand) Dollars;

2. The Commission will issue a Class B permit with conditions to conduct a regulated activity to the Releasors for a 12 lot subdivision referred to as Hunters' Landing, as delineated on the site plan (the Site Plan") dated February 19, 1998, revised , January 5, 1999 (the "Permit"),  within 14 days from the execution of this settlement agreement (the Agreement");

3. The Agreement shall be signed by the Parties within 7 days of the Parties' agreement to the terms of this  Agreement;

4. Releasors will post a cash bond made out to the City  for Three Thousand ($3,000.00)  Dollars per lot, totaling Thirty-Six Thousand ($36,000.00) Dollars and a permit fee of   Five Hundred  ($500.00) Dollars per lot, totaling  Six Thousand ($6,000.00)) Dollars, prior to the issuance of the Permit;

5. The Commission and the Town Engineer will be permitted to review any changes made to the Site Plan by subsequent action by the Planning and Zoning Commission which verifiably increase impacts to the onsite inland wetlands, provided, however, the Commission may only impose reasonable conditions on the issuance of the Permit or on the construction of any of the twelve lots authorized by the Permit;

6. In the event of an appeal of the issuance of the Permit to the Connecticut Superior Court or the filing of any motion in this Court challenging the terms or legal effect of this Agreement, the Released Parties will join a Motion to Dismiss the appeal to be filed by the Releasors or join in the defense of any filing by parties adverse to this Agreement in this Court, respectively, on the basis of the terms, provisions and considerations set forth in this Agreement;

7. Upon execution of the Agreement, the Commission will ratify the approval of the Agreement at a duly noticed meeting of the Commission and the City shall take such further action as is necessary to ratify the Agreement pursuant to any applicable Charter or other City regulatory provisions;

8. The United States District Court for the District of Connecticut shall maintain continuing jurisdiction over this Agreement,  The order of the Court dismissing this action shall incorporate the terms of the Agreement as an operative part of the Order of Dismissal and the Order of Dismissal, with such terms incorporated therein, shall be a final, non-appealable order of the United States District Court for the District of Connecticut;

9. All Parties shall bear their own costs and attorneys' fees;

10. It is specifically agreed by the Parties that the terms, provisions and legal effect of this Agreement and of the Order of Dismissal confer on neither party "prevailing party status" as that term has been defined by applicable case law or statutory references thereto;

11. The Parties acknowledge that the terms of this Agreement have been completely read and understood and accepted for the purpose of making a full and final compromise, adjustment and settlement of any and all claims against the Released Parties, disputed or otherwise, on account of any alleged damages and for the express purpose of precluding forever any further or additional claims against the Released Parties arising out of or in any way connected with the Releasors' applications before the Commission;

12. It is understood and agreed that the terms of the Agreement, including the understandings and provisions set forth in the Whereas clauses, are contractual and not a mere recital and that the consideration described in the Agreement constitutes the entire understanding between the undersigned Jeffrey V. Purcell, Albert J. Grasso and Prestige Builders LLC, and the Released Parties regarding the payment of any sums or the giving of any consideration in connection with this matter.  The Agreement is intended to and does hereby bind the Releasors,

Jeffrey V. Purcell, Albert J. Grasso and Prestige Builders LLC**,** and the Releasees, City , the  Commission   and John Izzo, Jr., and each and every heir, executor, administrator, successor and assign of the Releasors, Jeffrey V. Purcell, Albert J. Grasso and Prestige Builders LLC,, and each and every heir, executor, administrator, successor and assign of the Releasees, the City , the Commission and John Izzo, Jr., from this day forward.

_____
United States District Judge